UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMIE RIER, et al.** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 1:11cv39 |
| | ) |
| **TAO LI, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND FOR IMPROPER VENUE

COMES NOW Defendant Kabani & Company, Inc. ("Kabani & Company"), by counsel, and submits this Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, and in support thereof relies on the accompanying Statement of Points and Authorities.

Respectfully submitted,

KABANI & COMPANY, INC.

/s/_____
Jennifer L. Sarvadi (DC Bar No. 490475)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Telephone: (703) 684-8007
Facsimile:  (703) 684-8075
Jennifer.Sarvadi@leclairryan.com
***Counsel for Kabani & Company, Inc.***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of February, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send a notification of such filing to the following:

Mark Hanna, Esquire
Michelle L. Woolley, Esquire
MURPHY ANDERSON, PLLC
1701 K Street, NW, Suite 210
Washington, DC 20006

Eric L. Zagar, Esquire
Tara P. Kao, Esquire
Louis Moya, Esquire
BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
*Counsel for Plaintiffs*

/s/_____
Jennifer L. Sarvadi (DC Bar No. 490475)
LeCLAIRRYAN, A Professional Corporation
2318 Mill Road, Suite 1100
Alexandria, VA  22314
Telephone: (703) 684-8007
Facsimile:  (703) 684-8075
Jennifer.Sarvadi@leclairryan.com
*Counsel for Kabani & Company, Inc.*